MUNCH BREWERY BOTTLING DEPARTMENT, INC., and Others, Appellants, v. SAMUEL GLICKSTEIN and Others, Respondents.— Order reversed, with ten dollars

costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.